# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Laura D. Zahn

               V.                      **AMENDED JUDGMENT IN A CIVIL CASE**

City of San Diego, Development Services Department

                                  **CASE NUMBER:**    06-CV-92 W (RBB)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants the City of San Diego's motion for summary judgment on Zahn's gender-discrimination, age-discrimination, and retaliation claims. No claims remain, case ordered closed...

| October 12, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON October 12, 2007 |